# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHERSKI,<br><br>           Plaintiff,<br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | CASE NO. 06CV1083 WQH (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>(D.E. 15) |

  The Joint Motion for Dismissal with Prejudice is hereby **GRANTED**. This action will be **DISMISSED WITH PREJUDICE**. The Clerk of the Court shall enter Judgment.

**IT IS SO ORDERED.**

DATED: February 1, 2007

                *William Q. Hayes*
                **WILLIAM Q. HAYES**
                United States District Judge