AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Jon P Cherski

**V.**

**JUDGMENT IN A CIVIL CASE**

United States of America

**CASE NUMBER:**    06cv1083 WQH(NLS)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Joint Motion for Dismissal with Prejudice is hereby granted.  This action will be dismissed with prejudice.  The Clerk of the Court shall enter Judgment.

| February 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ G Cazares

(By) Deputy Clerk

ENTERED ON February 2, 2007

06cv1083 WQH(NLS)